IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RAGAR TRANSPORTATION, LTD., and | § | |
| RAGAR INTERNATIONAL, LTD. | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:17-CV-52 |
| | § | |
| LEAR CORPORATION, | § | |
| LEAR INTEGRATED LOGISTICS, INC., | § | |
| and PENSKE LOGISTICS, INC., | § | |
| *Defendants.* | § | |

## DEFENDANT LEAR CORPORATION'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant Lear Corporation ("Lear") files this disclosure statement as required by Federal Rule of Civil Procedure 7.1 and certifies as follows:

1. Lear is a for-profit Delaware corporation with its principal place of business at 21557 Telegraph Road, Southfield, Michigan 48033.

2. Lear has no parent corporation and no publicly held company owns 10% or more of Lear's stock.

Respectfully submitted,

 /s/ Burgain G. Hayes
Burgain G. Hayes
*Attorney in Charge*
The Law Office of Burgain G. Hayes
Texas State Bar No. 09271300
P.O. Box 10447
Austin, TX 78766
(512) 472-2193 Telephone
(512) 371-0989 Telecopier
bh@bhayes-law.com

Baldemar Garcia Jr.
Texas Bar No. 00790740

1

      Southern Dist. of Texas No. 18323 3
PWBM,LLP
602 East Calton Road, 2nd Floor (78041)
P.O. Drawer 6668 (78042-6668)
Laredo, Texas
voice 956. 727.4441
facsimile 956.727.2696
bgarcia@personwhitworth.com

**ATTORNEYS FOR DEFENDANT
LEAR CORPORATION**

## CERTIFICATE OF SERVICE

    I certify the foregoing document was electronically filed on the 3rd day of May, 2017, using the court's CM/ECF system, which will provide a notice of electronic filing to all counsel of record.

    /s/ Burgain G. Hayes
Burgain G. Hayes